UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF KENTUCKY
5:11CV-171-R

TO: FEDERAL FIRE MARSHALL
BUILDING CODE ENFORCEMENT
HEALTH AND SAFETY
Whom IT MAY CONCERN

FROM: MARK A. TAYLOR

COMPLAINT: FIRE CODE VIOLATION
AIR QUALITY VIOLATION
OVERCROWDING

LOCATION: McCRACKEN COUNTY JAIL
400 SOUTH 7TH ST. PADUCAH, KY 42003

CITING: ON TUESDAY OCT. 4, 2011 THE 34TH INMATE WAS HOUSED IN CELL BLOCK #3 AT APROXIMATELY 9:00 P.M. THE CELL IS DESIGNED TO BED 20 INMATES. THERE ARE 14 SLEEPING ON THE FLOOR. I HAVE APROXIMATED THE SQ. FTGE AT 1800 SQ. FT. I AM EXPERIENCING INCREASED DIZZINESS AND light HEADEDNESS, LABORED BREATHING IS MORE PRONOUNCED THAN PREVIOUSLY REPORTED. MY ALARM AND DISTRESS, AS WELL AS MY CONCERN IS ELEVATED, DUE TO INCREASED PROLONG OVERPOPULATION.

The IMPORTANCE TO STATE FEAR OF UNCONSIOUSNESS, BRAIN DAMAGE, COMA AND DEATH RESULTING FROM THESE CRIMMINALLY NEGLIGENT CONDITIONS CANNOT BE IGNORED. THIS IS AN EMERGENCY.

RESPECTFULLY SUBMITTED, Mark A. Ty      10-4-11
MARK A. TAYLOR

UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF KENTUCKY

MARK A. TAYLOR                                       PLANTIFF

V

BILL ADAMS                                           DEFENDANTS
McCRACKEN COUNTY JAIL
McCRACKEN COUNTY ET al

MOTION TO REQUEST INVESTIGATION OF FIRE CODE VIOLATIONS AT THE McCRACKEN COUNTY JAIL AND IN CELL BLOCK #3 DUE TO PROLONG OVER CROWDING. STATING, 34 INMATES IN APROXIMATELY 1800 SQ. FT OR LESS.

RESPECTFULLY SUBMITTED,
Mark A. Ty     10-4-2011
MARK A. TAYLOR
400 SOUTH 7TH ST.
PADUCAH, KY. 42003



EAGLE 1

MARK A. TAYLOR
400 South 7Th ST.
PADUCAH, KY 42003

McCracken County Jail
Uncensored Inmate Mail

WESTERN DISTRICT KY.
UNITED STATES FEDERAL BUILDING
501 BROAD WAY
PADUCAH, KY 42001

PADUCAH, KY 42003
PM 06 OCT 2011

'11 OCT -7 P2:31
FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

42001×6656